IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | |
| The Vehicle Known As A ) | Magistrate No. 05-14 ME |
| White 1997 GMC Van ) | |
| PA Registration YMK8979 ) | |

**MOTION TO UNSEAL SEARCH WARRANT**

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Marshall J. Piccinini, Assistant United States Attorney for said district, and sets forth the following:

On February 11, 2005, a Search Warrant was issued in the above-captioned case.

The Search Warrant, Affidavit and Return were then ordered sealed pending search of the above-captioned vehicle.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Search Warrant, Affidavit and Return, due to the fact that the search has been executed, and there is no further need for the Search Warrant, Affidavit and Return to remain sealed.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362