IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | |
| The Vehicle Known As A ) | Magistrate No. 05-14 ME |
| White 1997 GMC Van ) | |
| PA Registration YMK8979 ) | |

**O R D E R**

AND NOW, to wit, this  4th   day of October, 2006, it appearing to the Court that the search of the above-captioned vehicle has been executed, and upon the representation of the United States Attorney's Office that there is no further necessity that the Search Warrant, Affidavit and Return remain sealed,

IT IS HEREBY ORDERED that the Search Warrant, Affidavit and Return filed at the above number and sealed on February 11, 2005, are hereby UNSEALED.

                                        s/Susan Paradise Baxter
                                        UNITED STATES MAGISTRATE JUDGE

cc: U.S. Attorney